UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
|  | Case No.: | 17-20014 |
|  | Judge: | BEH |
|  | Chapter: | Chapter 13 |

**In Re: Anthony Jones**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtor, through Geraci Law, LLC, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1. Clerk, U.S. Bankruptcy Court
   517 East Wisconsin Avenue, Room 126
   Milwaukee, WI 53202-4581

and provide copies to

United States Trustee  
Eastern District of Wisconsin  
517 East Wisconsin Avenue, Room 430  
Milwaukee, WI  53202

Scott Lieske  
Chapter 13 Trustee  
P.O. Box 510920  
Milwaukee, WI 53203

Geraci Law, LLC  
Andrew Mark Golanowski  
2505 N. Mayfair Rd. #101  
Wauwatosa, WI 53226

Anthony Jones  
320 N. 35th St.  
Milwaukee, WI 53208

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor.
2. This is a request to modify a Chapter 13 Plan:

   a. \_\_\_\_ post-confirmation
   b. \_\_X\_\_ pre-confirmation
      i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
      ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Increase the Chapter 13 Plan payment.

4. The reason(s) for the modification is/are: Account for an anticipated supplemental mortgage arrearage claim.

5. Select A or B:
   A. \_\_\_\_ The confirmed Chapter 13 Plan is modified as follows:

   B. \_\_X\_\_ The unconfirmed Chapter 13 Plan is modified as follows: Debtor shall pay $340 monthly for the remainder of the Chapter 13 Plan.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service
Case 17-20014-kmp    Doc 28    Filed 06/28/17    Page 2 of 5

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

_____    _____
Debtor                                                     Date

_____    _____
Debtor                                                     Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Wednesday, June 28, 2017.

By: */s/ Andrew Mark Golanowski*
Andrew Mark Golanowski
Attorney for Debtor
Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 332-1800
Fax: (877) 247-1960
Email: wal@geracilaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  | Case No.: | 17-20014 |
|---|---|---|
|  | **Judge:** | **BEH** |
|  | **Chapter:** | **Chapter 13** |

**In Re: Anthony Jones**

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, June 28, 2017:

**SEE ATTACHED LIST**

Anthony Jones
320 N. 35th St.
Milwaukee, WI 53208

Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, June 28, 2017:

United States Trustee
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203

Dated this Wednesday, June 28, 2017.

By: _/s/ Andrew Mark Golanowski_____
Andrew Mark Golanowski
Attorney of the Debtor
Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (312) 332-1800
Fax: (877) 247-1960
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 17-20014-beh<br>Eastern District of Wisconsin<br>Milwaukee<br>Wed Jun 28 10:01:09 CDT 2017 | Seterus, Inc. as the authorized subservicer<br>c/o O'Dess and Associates, S.C.<br>1414 Underwood Ave., Suite 403<br>Wauwatosa, WI 53213-2653 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Aurora Health Care<br>Bankruptcy Dept.<br>PO Box 341700<br>Milwaukee,WI 53234-1700 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase Home Finance, LLC<br>Mail Code OH4-7302<br>3415 Vision Dr.<br>Columbus,OH 43219-6009 | Credit ONE BANK NA<br>Attn: Bankruptcy Dept.<br>Po Box 98875<br>Las Vegas,NV 89193-8875 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta,GA 30374-0241 |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen,TX 75013-2002 | IRS Priority Debt<br>Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia,PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MABT - Genesis Retail<br>Attn: Bankruptcy Dept.<br>Po Box 4499<br>Beaverton,OR 97076-4499 | Navient<br>Attn: Bankruptcy Dept.<br>Po Box 9500<br>Wilkes Barre,PA 18773-9500 | Navient Solutions, Inc. on behalf of Educati<br>Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SLC Conduit I LLC<br>Bankruptcy Dept.<br>99 Garnsey Rd.<br>Pittsford,NY 14534-4565 | Seterus<br>Bankruptcy Dept.<br>P.O. Box 1077<br>Hartford,CT 06143-1077 | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 | Time Warner Cable<br>Bankruptcy Department<br>PO Box 511700<br>Milwaukee,WI 53203-0291 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53203-2803 | Wheaton Franciscan - St. Joseph<br>Bankruptcy Dept.<br>5000 W. Chambers St.<br>Milwaukee,WI 53210-1650 |
| Wisconsin Dept. of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison,WI 53708-8901 | Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee,WI 53203-2918 | |